

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

February 26, 2015

BOB WICOFF
ATTORNEY OF RECORD
1201 FRANKLIN 13TH FL
HOUSTON, TX 77002

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/12/2015 3:02:07 PM
CHRISTOPHER A. PRINE
Clerk

Defendant's Name: RUSSELL ONEIL GREEN

Cause No: 1348108

Court: 178TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 2-19-15
**Sentence Imposed Date:** 2-19-15
**Court of Appeals Assignment: Fourteenth Court of Appeals**
**Appeal Attorney of Record: BOB WICOFF**

Sincerely,

L Arriaga
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

TAMMY ADAMS (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P O Box 4651  Houston, Texas 77210-4651

Cause No. 1348108

# THE STATE OF TEXAS

**V.**

Russell Green _____, A/K/A/ _____

**178** District Court / County Criminal Court at Law No. _____

## Harris County, Texas

19 th D__ **NOTICE OF APPEAL**

FILED
Chris Daniel
District Clerk

FEB 19 2015

Time: _____
Harris County, Texas
By_____
Deputy

**TO THE HONORABLE JUDGE OF SAID COURT:**

On **2/10/15** (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction

The undersigned attorney (check appropriate box):

☑ MOVES to withdraw

☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal

| 02/19/15 | Allen Tanner |
|---|---|
| **Date** | **Attorney (Signature)** |
| Allen Tanner | Allen Tanner |
| **Defendant (Printed name)** | **Attorney (Printed name)** |
| | 19637100 |
| | **State Bar Number** |
| | 917 Franklin |
| | **Address** |
| | 713 225-1100 |
| | **Telephone Number** |

The defendant (check all that apply):

☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him

☑ ASKS the Court to ORDER that a free record be provided to him

☑ ASKS the court to set BAIL

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief

X Russell Green _____          Russell Green

**Defendant (Signature)**          **Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON **FEB 19 2015**

By Deputy District Clerk of Harris County, Texas _____

## ORDER

On **02/19/15** the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time

☑ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record

    ☑ employing counsel or paying for a clerk's and court reporter's record

The Court **ORDERS** that

☑ Counsel's motion to withdraw is **GRANTED** / **DENIED**.

☐ Defendant / appellant's motion (to be found indigent) is **DENIED**

☑ Defendant's / appellant's motion is **GRANTED** and

    ☑ **BOB WICOFF** _____ (attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal  SBT# 21422700

    ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant

**BAIL IS**

☐ SET at $ _____

☐ TO CONTINUE as presently set

☑ DENIED and is SET at NO BOND (Felony Only)

DATE SIGNED **02/19/15**

_David F. Mendoza_
JUDGE PRESIDING.
**178** DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO ____.
HARRIS COUNTY, TEXAS



Cause No. _____1348108_____

THE STATE OF TEXAS

v

Russell Green____, Defendant

IN THE 178TH DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO _____

HARRIS COUNTY, TEXAS

**FILED**
Chris Daniel
District Clerk
OCT 10 2014
Time:_____
Harris County, Texas
By_____ Deputy

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL

I, judge of the trial court, certify this criminal case:

☒ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☒ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☐ the defendant has waived the right of appeal.

___ this certification is made subsequent to a revocation of probation or adjudication of guilt

_____          _OCT 10 2014_ 10.10.2014
Judge                                       Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition of discretionary review in the court of appeals TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X Russell Green_____          _____
Defendant                            Defendant's Counsel

Mailing Address. _____          State Bar of Texas ID number: _____

Telephone number. _____          Mailing Address· _____

Fax number (if any). _____          Telephone number: _____

                                         Fax number. _____

*"A defendant in a criminal case has the right of appeal under these rules The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant – a defendant may appeal only (A) those matters that were raised by a written motion filed

# APPEAL CARD

**Court** 178    4-2015    **Cause No.** 1348108

### The State of Texas

Vs

_Russell Green_

2-19-15

**Date Notice Of Appeal:** _2-19-2015_

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** _David Mendoza_

**Court Reporter** _Tammy Adams_

**Court Reporter** _____

**Court Reporter** _____

**Attorney on Trial** _Allen Tanner_

**Attorney on Appeal** _PDO-_

**Appointed** ✓  **Hired** _____

**Offense** _Murder_

**Jury Trial:** Yes_____ No ✓

**Punishment Assessed** _30 years TDC_

**Companion Cases (If Known)** _____

**Amount of Appeal Bond** _Ø_

**Appellant Confined:** Yes ✓  No _____

**Date Submitted To Appeal Section** _2-20-2015_

**Deputy Clerk** _Janea Williamson_